IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD TELLEZ, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) NO.  07-225-CJP |
| ROGER E. WALKER, JR., MELODY J. FORD, ALAN UCHTMAN, A. RAMOS, GARY CONDER, BETSY SPILLER, WILLIAM REARDON, JAMES ALMS, TYONE MURRAY, LT. WALKER, McDANIELS, J. MOORE, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant J. MOORE was dismissed on September 26, 2008 by an Order entered by United States District Judge Michael J. Reagan (Doc. 7).

Defendants ROGER E. WALKER, JR., MELODY J. FORD, A. RAMOS, GARY CONDER, JAMES ALMS, and  TYONE MURRAY  were  dismissed on May 27, 2009  by an Order entered by United States District Judge Michael J. Reagan (Doc. 38).

Defendants ALAN UCHTMAN, GARY CONDER, BETSY SPILLER, WILLIAM REARDON, LT WALKER, and McDANIELS were dismissed by an Order entered by United States Magistrate Judge Clifford J. Proud on March 1, 2010 (Doc. 47).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **ROGER E. WALKER, JR., MELODY J. FORD, ALAN UCHTMAN, A.**

**RAMOS, GARY CONDER, BETSY SPILLER, WILLIAM REARDON, JAMES ALMS, TYONE MURRAY, LT. WALKER, McDANIELS,** and **J. MOORE** and against plaintiff **RONALD TELLEZ.**

Plaintiff shall take nothing from this action.

**DATED** this 1st day of March, 2010

              **NANCY J. ROSENSTENGEL, CLERK**

              BY: **S/ Angela Vehlewald**
                 **Deputy Clerk**

**Approved by** **S/ Clifford J. Proud**
     **United States Magistrate Judge**
       **Clifford J. Proud**